**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RENEA ANN CARBAUGH, | CIVIL ACTION NO. 3:19-CV-02111 |
| Plaintiff, | |
| v. | (MEHALCHICK, M.J.) |
| FRANKLIN COUNTY PRISON, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 13th day of April, 2020, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** as follows:

1. Plaintiff's motion for leave to file *in forma pauperis* (Doc. 2) is **GRANTED** and the Complaint is deemed filed;

2. Having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within **30 days of the date of this Order, or on or before May 13, 2020.**

BY THE COURT:

Dated: April 13, 2020

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**